DATE: 1/7/2021
LOCATION: Sherman
JUDGE: Christine A. Nowak
DEPUTY CLERK: K. Lee
COURT REPORTER: Digital Recording
USPO: L. Dudley
Interpreter: Not Required
BEGIN: 10:28 a.m. / 10:38 a.m.

CASE NUMBER: 4:20CR212-2 ALM/KPJ
USA _____ Assigned
V   Tracey Batson   Appeared

KAYLEIGH MOFFETT
Defendant
Vicki Behenna
Attorney

☒ **ARRAIGNMENT**     ☐ DETENTION HEARING     **VIA VIDEOCONFERENCE**

☒ Arraignment held

☒ Dft appears with counsel

☒ Dft signs Consent to Proceed by Videoconference. ~~Defense counsel requests and authorizes court to affix signature.~~

☒ Dft
  ☒ sworn
  ☒ received copy of charges     ☒ discussed charges with counsel     ☐ charges read
  ☒ waived reading of charges

☐ Interpreter sworn

☒ Dft enters a plea of: ☒ not guilty
to Counts 1-7 of the Second Superseding Indictment

☒ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on:
   ALM   Pretrial Date: 3/5/2021

☒ Rule 5f order
☐ Government did not move for detention.
☐ Defendant waived detention hearing. Defense counsel requests and authorizes court to affix signature.

☐ Detention hearing held
Government witnesses: _____
Defense witnesses: _____

☐ Court orders defendant detained pending trial

☐ Detention hearing rescheduled to: _____

☐ Defendant remanded to custody of USM     ☒ Defendant to remain RELEASED on conditions of release ~~after out-processing by USM~~

☐ Recess _____